IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JERRY DONALD BILLINGSLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:22-CV-557-WKW |
| ) | [WO] |
| KAREN CARTER, Warden, and ) | |
| EASTERLING CORRECTIONAL ) | |
| FACILITY, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On December 6, 2022, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 12.) Upon an independent review of the record, it is ORDERED that the Recommendation is ADOPTED and that this action is DISMISSED without prejudice.

DONE this 28th day of December, 2022.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE